UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WARD A. FERGUSON,<br><br>    Plaintiff,<br><br> v.<br><br>LABOR READY NORTHEAST, INC. and TRUEBLUE, INC.,<br><br>    Defendants. | Case Number 1:18-cv-11959-WGY |

## NOTICE OF DISMISSAL WITH PREJUDICE

 Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Ward A. Ferguson, by and through his counsel of record, hereby requests dismissal of this action with prejudice, with each party to bear its own costs and fees, and with waiver of any right of appeal. No attorney has filed an appearance on behalf of the Defendants.

         PLAINTIFF
         WARD A. FERGUSON

         By his attorneys,

         /s/ Stephen T. Fanning
         Stephen T. Fanning #542343
         The Law Office of Stephen T. Fanning
         305 South Main Street
         Providence, RI 02903
         401-272-8250
         Fax: 104-272-4520
         Email: stephenfanning@msn.com

         Dated: August 13, 2019

4840-9887-7848.1